UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. POWELL, ) | |
| Plaintiff, ) | |
| v. ) | Civil Case No. 07-1693 (RMU) |
| RONALD A. ROSENFELD, Chairman, ) Federal Housing Finance Board, ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak and remove the appearance of Assistant United States Attorney W. Mark Nebeker as counsel for Defendant in the above-captioned case.

Dated: November 26, 2007
       Washington, D.C.

                                            Respectfully submitted,

                                             /s/
                                            _____
                                            BRIAN P. HUDAK
                                            Assistant United States Attorney
                                            Civil Division
                                            555 4th Street, NW
                                            Washington, DC 20530
                                            (202) 514-7143
                                            brian.hudak@usdoj.gov