UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 04-0423 (RMU) |
| ) | |
| ALICIA R. CASTANEDA, CHAIRMAN, ) | |
| FEDERAL HOUSING FINANCE BOARD, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| BARBARA K. POWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 07-1693 (RMU) |
| ) | |
| RONALD A. ROSENFELD, CHAIRMAN, ) | |
| FEDERAL HOUSING FINANCE BOARD, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO CONSOLIDATE ACTIONS FOR
<u>DISCOVERY AND SETTLEMENT PURPOSES</u>**

The parties jointly move the Court, pursuant to Federal Rule of Civil Procedure 42(a), for an order consolidating the above numbered and entitled actions now pending in this Court for discovery and settlement purposes, without prejudice to either party seeking further consolidation or severance at any point in the future.

The two above numbered and entitled actions involve the same parties, share common questions of law and fact, and the consolidation of the actions for discovery and settlement purposes will avoid unnecessary costs and delay and prevent the duplication of evidence. Moreover, the parties have principally agreed on a plan to govern discovery in both of these

actions. Accordingly, consolidation of these two actions will serve the interests of justice and preserve scarce judicial resources.

WHEREFORE, based on the foregoing, the parties respectfully request that the above numbered and entitled actions be consolidated for discovery and settlement purposes, without prejudice to either party seeking further consolidation or severance at any point in the future.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| ROBERT C. SELDON, ESQ. | JEFFREY A. TAYLOR |
| D.C. Bar No. 245100 | D.C. Bar #498610 |
| | United States Attorney |

| /s/ | /s/ |
|---|---|
| MOLLY E. BUIE, ESQ. | RUDOLPH CONTRERAS |
| D.C. Bar No. 483767 | D.C. Bar #434122 |
| Robert C. Seldon & Associates, P.C. | Assistant United States Attorney |
| 1319 F Street, N.W. | |
| Suite 200 | /s/ |
| Washington, D.C. 20004 | BRIAN P. HUDAK |
| (202) 393-8200 | Assistant United States Attorney |
| | 555 4th Street, NW |
| *Counsel for Plaintiff* | Washington, DC 20530 |
| | (202) 514-7143 |
| | |
| | *Attorneys for Defendant* |

December 12, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2007, I caused the foregoing Joint Motion to Consolidate Actions for Discovery and Settlement Purposes to be served on counsel of record, including Plaintiff's counsel, via the court's Electronic Case Filing System (ECF).

Dated: December 12, 2007
      Washington, D.C.

                                            Respectfully submitted,

                                            /s/
                                            BRIAN P. HUDAK
                                            Assistant United States Attorney
                                            Civil Division
                                            555 4th Street, NW
                                            Washington, DC 20530
                                            (202) 514-7143
                                            brian.hudak@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. POWELL,              )<br>                                 )<br>       Plaintiff,               )<br>                                 )<br>       v.                       )<br>                                 )<br>ALICIA R. CASTANEDA, CHAIRMAN,   )<br>FEDERAL HOUSING FINANCE BOARD,   )<br>                                 )<br>       Defendant.               )<br>_____)<br>                                 )<br>BARBARA K. POWELL,              )<br>                                 )<br>       Plaintiff,               )<br>                                 )<br>       v.                       )<br>                                 )<br>RONALD A. ROSENFELD, CHAIRMAN,   )<br>FEDERAL HOUSING FINANCE BOARD,   )<br>                                 )<br>       Defendant.               )<br>_____)  | Civil Case No. 04-0423 (RMU)<br><br><br><br><br><br><br><br><br><br><br>Civil Case No. 07-1693 (RMU) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' Joint Motion to Consolidate Actions for Discovery and Settlement Purposes, and for good cause shown, it is hereby:

ORDERED that the joint motion is GRANTED; and it is further

ORDERED that the above numbered and entitled actions shall be consolidated for discovery and settlement purposes, without prejudice to either party seeking further consolidation or severance. The parties shall use Civil Case No. 04-0423 to docket matters concerning the consolidated actions.

- 2 -

SIGNED,

_____                    _____
Date                                RICARDO M. URBINA
                                    United States District Judge