UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA K. POWELL | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 04-0423 (RMU) |
| | : | |
| v. | : | Document No.:   51 |
| | : | |
| RONALD A. ROSENFELD, | : | |
| Chairman, Federal Housing Finance Board, | : | |
| | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| BARBARA K. POWELL | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 07-1693 (RMU) |
| | : | |
| v. | : | Document No.:   7 |
| | : | |
| RONALD A. ROSENFELD, | : | |
| Chairman, Federal Housing Finance Board, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### GRANTING THE CONSENT MOTION TO CONSOLIDATE

It is this 19th day of December 2007,

**ORDERED** that the consent motion to consolidate is **GRANTED**; and it is

**FURTHER ORDERED** that the cases be consolidated for all purposes.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge