UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. POWELL,<br><br>       Plaintiff,<br>  v.<br><br>ALICIA R. CASTANEDA, Chairman,<br>Federal Housing Finance Board,<br><br>       Defendant.<br>_____<br>BARBARA K. POWELL,<br><br>       Plaintiff,<br>  v.<br><br>RONALD A. ROSENFELD,<br>Chairman, Federal Housing Financing<br>Board,<br><br>       Defendant. | Civil Action No. 04-00423 (RMU/AK)<br><br><br><br><br><br><br><br><br>Civil Action No. 07-1693 (RMU/AK) |

**ORDER**

     The above-captioned cases were referred to the undersigned by the Honorable Ricardo M. Urbina for the purpose of facilitating a settlement.  Accordingly, it is by the Court this 20th day of December January, 2007, hereby

     **ORDERED:**

    1.    The lead attorney(s) for the parties shall appear before the undersigned, in room 2223 (chambers) on June 17, 2008, at 10:30 a.m.  The parties should attend the mediation, be available by telephone, or delegate settlement authority to counsel.

    2.    Counsel may submit confidential settlement statements in advance of the mediation but such statements are Not Required, and in most cases, they are

       unnecessary.

3.      If any attorney is unavailable on the date and at the time set forth above, the attorney shall notify the other attorney(s) in the cases as soon as possible to contact chambers to select alternative dates and times.  That attorney shall then confer with the other counsel to select a mutually convenient date and time for the mediation.

4.      If the settlement conference must be rescheduled, the undersigned will require the attorney with the scheduling conflict to confirm the new date and time in a letter to the other attorneys and the Court.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE