UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. POWELL, </br></br>    Plaintiff, </br></br>v. </br></br>ALICIA R. CASTANEDA, Chairman, </br>Federal Housing Finance Board, </br></br>    Defendant. | ) </br>) </br>) </br>) </br>) </br>) Civil Action Nos.  04-0423 (RMU) </br>)                      07-1693 (RMU) </br>) </br>) </br>) </br>) </br>) |

## JOINT MOTION TO EXTEND CURRENT SCHEDULE

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the parties respectfully move, by and through their undersigned counsel, for a 90 day enlargement of time of all current deadlines and court dates.  The parties request such an extension to allow the parties further time to explore settlement of this action without expending additional resources or incurring additional costs. The grounds for this Motion are further set forth below.

This case is a consolidated action in which Plaintiff alleges claims of employment discrimination and retaliation.  At the initial scheduling conference on December 18, 2007, the Court entered a scheduling order to govern the proceedings in this action. On June 17, 2008, the parties appeared before Magistrate Judge Alan Kay for a settlement conference.  As a result of the settlement conference, the parties agreed to discuss internally certain issues regarding a potential settlement, and return before Judge Kay on August 12, 2008, for further mediation.

Although settlement of the parties' dispute is not certain at this time, the parties continue to hope that this matter might be resolved through informal means without further litigation. Consequently, and to preserve the status quo during the parties' mediation efforts without either

- 2 -

party incurring additional costs associated with discovery[1] and other proceedings (which could alter the parties' respective settlement positions), the parties respectfully request that the Court extend the schedule governing this action by 90 days. This would include extending: (a) the status conference with the Court currently scheduled for August 18, 2008, at 11:15 a.m.; (b) the current September 15, 2008, deadline for discovery; (c) the dates for post-discovery dispositive motions and associated briefing; and (d) all intermediate discovery response deadlines.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents the parties' first motion for an extension of these deadlines and, in total, their first motion for an extension of any discovery deadlines in this action. Allowing the parties a reasonable amount of additional time to attempt to informally resolve this dispute serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, the parties respectfully request a 90 day extension of the dates noted above. A proposed order is attached.

Dated: July 21, 2008
      Washington, DC

Respectfully submitted,

        /s/
_____        _____
ROBERT C. SELDON, D.C. Bar #245100    JEFFREY A. TAYLOR, D.C. Bar #498610
MOLLY E. BUIE, D.C. Bar #483767       United States Attorney
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
(202) 393-8200                         _____
                                        RUDOLPH CONTRERAS, D.C. Bar #434122
*Attorneys for Plaintiff*               Assistant United States Attorney

---

[1] For example, Plaintiff has served her first set of discovery upon Defendant and Defendant currently plans to serve similar discovery on Plaintiff.

- 3 -

/s/
BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA K. POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>ALICIA R. CASTANEDA, Chairman,<br>Federal Housing Finance Board,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action Nos.  04-0423 (RMU)<br>)                              07-1693 (RMU)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint motion to extend current schedule, and for good cause shown, it is hereby:

ORDERED that the parties' Joint Motion is GRANTED; and it is further

ORDERED that all dates and deadlines in this action not concerning settlement are hereby extended by 90 days, including (a) the status conference with the Court currently scheduled for August 18, 2008, at 11:15 a.m.; (b) the current September 15, 2008, deadline for discovery; (c) the dates for post-discovery dispositive motions and associated briefing; and (d) all current intermediate discovery response deadlines.

SIGNED:

_____                                     _____
Date                                                                         RICARDO M. URBINA
                                                                                    United States District Judge

Copies to counsel of record via CM/ECF